**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RICHARD LOISEAU,

    Plaintiff,

v.                                              Case No:   6:24-cv-451-WWB-LHP

UNITED COLLECTION BUREAU, INC.,

    Defendant

---

## ORDER

On May 17, 2024, the Court issued an Order to Show Cause directed to Plaintiff, requiring Plaintiff to show cause why sanctions should not be imposed for failure to comply with the Order Referring Case to U.S. Magistrate Judge for Consideration of the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program (Doc. No. 9) and failure to timely respond to a prior Order to Show Cause (Doc. No. 35).  Doc. No. 42.  Upon review of Plaintiff's response (Doc. No. 47), both Orders to Show Cause (Doc. Nos. 35, 42) are hereby **DISCHARGED**.  However, Plaintiff is cautioned that going forward, future failures to comply with Court-ordered deadlines may result in the imposition of sanctions.

**DONE** and **ORDERED** in Orlando, Florida on May 29, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties