**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RICHARD LOISEAU,

    Plaintiff,

v().   Case No:   6:24-cv-451-WWB-LHP

UNITED COLLECTION BUREAU,
INC.,

    Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** PLAINTIFF'S MOTION FOR CONTINUANCE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. No. 49)
>
> **FILED:** May 31, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

> **MOTION:** PLAINTIFF'S RULE 56(d) MOTION FOR DEFERRAL OF CONSIDERATION OR DENIAL OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. No. 50)

> **FILED:** May 31, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff, an attorney who appears *pro se* on his own behalf, seeks a continuance of the response period related to Defendant's motion for summary judgment, arguing, by the above-styled motions, that Defendant's motion for summary judgment (Doc. No. 39) is premature and discovery is necessary to respond to the motion. Doc. Nos. 49–50. Upon review, however, neither motion complies with Local Rule 3.01(g). *Id.* Accordingly, the motions are due to be **DENIED without prejudice**. *See* Local Rule 3.01(g). Plaintiff shall renew the request(s) in full compliance with the Local Rules on or before **June 17, 2024**.

On review of the docket, this is not the first instance in which Plaintiff has failed to comply with the Local Rules and/or Court Orders. *See* Doc. Nos. 9, 18, 31–32, 35, 42. **Plaintiff is cautioned that going forward, failure to comply with all applicable Federal Rules of Civil Procedure, Local Rules of this Court, and Court Orders may result in the imposition of sanctions, up to and including dismissal of this case, without further notice.** *See also* Doc. No. 6.

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties